■ NEW YORK HIGHER EDUCATION SERVICES CORPORATION, Respondent, v JOHN B. BELL, Appellant.—Appeal from an order of the Supreme Court at Special Term (Cobb, J.), entered February 22, 1985 in Albany County, which, inter alia, denied defendant's motion to vacate a default judgment entered against him.

Order affirmed, with costs, upon the opinion of Justice George L. Cobb at Special Term. Kane, J. P., Main, Casey, Weiss and Levine, JJ., concur.